No. 00-9714. BAKER *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00-9723. GIBSON *v.* MCBRIDE, SUPERINTENDENT, WESTVILLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 00-9730. WILKENS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00-9733. CAMPBELL *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 00-9738. CHAPMAN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00-9761. SATTERFIELD *v.* MONSANTO CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 00-9787. ANTONIO PALACIOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00-9799. ARMSTRONG *v.* PHILLIPS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-9800. CELESTINO-MAGDALENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00-9807. IOANE *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00-9821. GREEN *v.* SCHLTGEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-9824. HESS *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00-9828. LOPEZ *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-9835. HARRIS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.